<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-7532**
_____

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

    v.

LEWIS THOMAS CORNELL,

              Defendant - Appellant.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Catherine C. Eagles, District Judge.  (1:00-cr-00204-CCE-3)

_____

Submitted:  February 16, 2017    Decided:  February 22, 2017

_____

Before GREGORY, Chief Judge, DUNCAN, Circuit Judge, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Lewis Thomas Cornell, Appellant Pro Se.  Robert Michael Hamilton, Angela Hewlett Miller, Assistant United States Attorneys, Greensboro, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lewis Thomas Cornell appeals from the district court's order denying his motion for reconsideration of the court's order granting his 18 U.S.C. § 3582(c)(2) (2012) motion for reduction of his sentence based on an amendment to the U.S. Sentencing Guidelines Manual. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. See United States v. Goodwyn, 596 F.3d 233, 234 (4th Cir. 2010) (a district court has no authority to reconsider its decision on a sentence reduction motion under 18 U.S.C. § 3582(c)(2)). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED